FILED

09/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0357

_____

IN THE MATTER OF:

A.W. and B.W.,                                      O R D E R

      Youths in Need of Care.

_____

Upon consideration of counsel for Appellant's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

The Clerk is directed to give notice of this Order to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 16 2020